**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00210-CV

### TIMOTHY G. MARTIN AND ALL OTHER OCCUPANTS OF 608 MEADOW LANE, ALLEN, TEXAS 75002, Appellants

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, A/K/A FANNIE MAE, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00897-2013**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 24, 2015, we notified the official court reporter for County Court at Law No. 3 that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Denise Condran to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellants have not requested or made payment arrangements for the record. *We notify appellants that if we receive verification the reporter's record has not been requested, paid for, or arrangements have not been made to pay*

*for the reporter's record, we will order the appeal submitted without the reporter's record. See*

Tex. R. App. P. 37.3(c).

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE
